Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of __Nevada__
(State)

Case number (If known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Advantage Capital Holdings - I, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___  EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 5605 North MacArthur Blvd, Suite 1003 | c/o Resolute Management Services |
| Number    Street | Number    Street |
|  | 680 W Nye Lane Ste 201 |
|  | P.O. Box |
| Irving              TX    75038 | Carson City         NV    89703 |
| City              State   ZIP Code | City              State   ZIP Code |
|  | **Location of principal assets, if different from principal place of business** |
| Dallas |  |
| County | Number    Street |
|  |  |
|  | City              State   ZIP Code |

Official Form 205              Involuntary Petition Against a Non-Individual              page 1

Debtor  Advantage Capital Holdings - I, LLC  
　　　　　Name

Case number (if known) _____

---

### 6. Debtor's website (URL) _____

### 7. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
☒ None of the types of business listed.  
☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☒ No  
☐ Yes. Debtor _____ Relationship _____  
　　District _____ Date filed _____ Case number, if known _____  
　　　　　　　　　　　　　　　MM / DD / YYYY

　　Debtor _____ Relationship _____  
　　District _____ Date filed _____ Case number, if known _____  
　　　　　　　　　　　　　　　MM / DD / YYYY

---

## Part 3: Report About the Case

### 10. Venue

Check one:

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☒ No  
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  Advantage Capital Holdings - I, LLC  Case number (if known) _____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| The Michelle G. DeCoster Trust | Business Promissory Note | $ 100,000 |
| The Lawrence DeCoster Trust | Business Promissory Note | $ 100,000 |
| Joseph John Mishowski, #TA181456 c/o Mainstar Trust | Business Promissory Note | $ 150,000 |
| | Total of petitioners' claims | $ 350,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

The Michelle G. DeCoster Trust
Name

22565 Milner Street
Number    Street

St. Clair Shores        MI        48081
City                    State     ZIP Code

Name and mailing address of petitioner's representative, if any

Michelle G. DeCoster
Name

22565 Milner Street
Number    Street

St. Clair Shores        MI        48081
City                    State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/06/2023
             MM / DD / YYYY

X  /s/ Michell G DeCoster Trustee
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Klink, Esq.
Printed name

_____
Firm name, if any

3029 Yankee Clipper Drive
Number    Street

Las Vegas              NV        89117
City                   State     ZIP Code

Contact phone (702) 217-8998    Email Cklinklaw@gmail.com

Bar number  6022

State  NV

X  /s/ Chris K
Signature of attorney

Date signed  01 06 2023
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor  Advantage Capital Holdings - I, LLC    Case number (if known) _____
        Name

### Name and mailing address of petitioner

**Name:** The Lawrence DeCoster Trust

**Number Street:** 22565 Milner Street

**City:** St. Clair Shores   **State:** MI   **ZIP Code:** 48081

### Name and mailing address of petitioner's representative, if any

**Name:** Lawrence DeCoster

**Number Street:** 22565 Milner Street

**City:** St. Clair Shores   **State:** MI   **ZIP Code:** 48081

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/06/2023 (MM/DD/YYYY)

X _[signed]_ Trustee
Signature of petitioner or representative, including representative's title

**Printed name:** Christopher Klink, Esq.

**Firm name, if any:** _____

**Number Street:** 3029 Yankee Clipper Drive

**City:** Las Vegas   **State:** NV   **ZIP Code:** 89117

**Contact phone:** (702) 217-8998   **Email:** Cklinklaw@gmail.com

**Bar number:** 6022

**State:** NV

X _[signed]_
Signature of attorney

Date signed 01/06/2023 (MM/DD/YYYY)

---

### Name and mailing address of petitioner

**Name:** Joseph John Mishowski, #TA181456 c/o Mainstar Trust

**Number Street:** 38476 Emerald Land South

**City:** Westland   **State:** MI   **ZIP Code:** 48185

### Name and mailing address of petitioner's representative, if any

**Name:** _____

**Number Street:** _____

**City:** _____   **State:** _____   **ZIP Code:** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/06/2023 (MM/DD/YYYY)

X _Joseph Mishowski_
Signature of petitioner or representative, including representative's title

**Printed name:** Christopher Klink, Esq.

**Firm name, if any:** _____

**Number Street:** 3029 Yankee Clipper Drive

**City:** Las Vegas   **State:** NV   **ZIP Code:** 89117

**Contact phone:** (702) 217-8998   **Email:** Cklinklaw@gmail.com

**Bar number:** 6022

**State:** NV

X _[signed]_
Signature of attorney

Date signed 01/06/2023 (MM/DD/YYYY)